IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GORDON ALLEN, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| SCI-CAMP HILL, et al., | : | |
| Respondents. | : | No. 14-4459 |

FILED
JUN -3 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**JEFFREY L. SCHMEHL, J.**

AND NOW, this 2nd day of JUNE, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DISMISSED without prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

JEFFREY L. SCHMEHL, JUDGE

6-3-15 mailed to Pro Se
e-mailed to R. Dunlavey